730         In re Gillette Co./Perelman Group Securities Litigation

| | | |
|---|---|---|
| 87/02/27 | 1 | MOTION/BRIEF, SCHEDULE OF ACTIONS AND CERTIFICATE OF SERVICE -- Plaintiffs A-4 Gilbert Schulman, A-2 Sol and Frisa Leventhal, A-3 Steven Drooker and A-7 Marion Grill -- SUGGESTED TRANSFEREE DISTRICT: S.D. NEW YORK. (tmq) |
| 87/03/03 | 2 | CORRECTION TO PLEADING NO. 1 -- Pltfs. Gilbert Schulman, Sol and Frisa Leventhal, Steven Drooker and Marion Grill -- w/cert. of service (cds) |
| 87/03/05 | | CORRECTION TO CERTIFICATE OF SERVICE (re Pldg. #1) -- movants -- ATTACHED TO PLDG. #1 (cds) |
| 87/03/09 | | APPEARANCES: GEORGE WAILAND, ESQ. for Drexel Burnham Lambert Inc.; MORDECAI ROSENFELD, ESQ. for Sylvia Martin Mann, et al.; GLEN DeVALERIO, ESQ. for Sol Leventhal, et al.; MAX GITTER, ESQ. for Revlon Group, Inc., MacAndrews & Forbes Group, Inc., MacAndrews & Forbes Holdings, Inc.; Orange Acquisition Corp., Orange Partners I, Orange Finance Corp., WJF Acquisition Corp., GRE Acquisition Corp., RGI Finance Corp., and Ronald O. Perelman; JOHN M. NEWMAN, JR., ESQ. for Rita Ricardo Campbell, Raymond C. Foster, Lawrence E. Fouraker, Stephen J. Griffin, Herbert H. Jacobi, Charles A. Meyer, Colman M. Mockler, Jr., Richard R. Pivirotto, Joseph J. Sisco, Joseph F. Turley, Alfred M. Zeien; MICHAEL D. CRAIG, ESQ. for Morris Cottle, et al. and Frederic F. Brace, III; SHERRIE R. SAVETT, ESQ. for Gilbert Schulman, Marion Grill, Steven Drooker; RICHARD S. WAYNE, ESQ. for James Hayes and Richard E. Baylis (cds) |
| 87/03/11 | | APPEARANCE: THOMAS G. SHAPIRO, ESQ. for Barnett Stepak (cds) |
| 87/03/16 | 3 | AFFIDAVIT OF ROBERT A. HOLSTEIN, COUNSEL FOR Plaintiffs (A-11) Frederick F. Brace, III and (A-1) Morris Cottle (to Pldg. #1) w/cert of svc. (rew) |
| 87/03/16 | 4 | AFFIDAVIT OF RICHARD S. WAYNE, COUNSEL FOR Plaintiffs (A-8) James Hayes, (A-9) Richard E. Baylis, and (A-10) Barnett Stepak (to Pldg. #1) w/cert. of svc. (rew) |
| 87/03/16 | 5 | RESPONSE -- (to Pldg. #1)-- PERELMAN GROUP DEFENDANTS w/cert. of svc. (rew) |
| 87/03/16 | 6 | RESPONSE -- (to Pldg. #1) -- DREXEL BURNHAM LAMBERT INC. w/cert. of svc. (rew) |
| 87/03/16 | 7 | RESPONSE -- (to Pldg. #1) -- THE GILLETTE COMPANY AND ITS DIRECTORS w/MEMORANDUM and EXHIBITS 1-20 w/cert. of svc. (rew) |
| 87/03/17 | | APPEARANCE: SAMUEL SPORN, ESQ. for Irving Kas (cds) |
| 87/03/19 | 8 | RESPONSE (to pldg. #1) -- pltf. Sylvia Martin Mann -- w/cert. of service (cds) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 730 -- In re Gillette Co./Perelman Group Securities Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 87/03/20 | 9 | FURTHER AFFIDAVIT OF ALFRED M. ZEIEN -- w/cert. of service (cds) |
| 87/03/23 | 10 | REPLY -- pltfs. Gilbert Schulman and Marion Grill -- w/cert. of service (cds) |
| 87/03/23 | 11 | FURTHER AFFIDAVID OF JOHN M. NEWMAN, JR. -- w/cert. of service (cds) |
| 87/03/24 | | APPEARANCES: RICHARD H. SCHIFFRIN, ESQ. for Frederic F. Brace, III, et al.; HARRISON A. FITCH, ESQ. for The Gillette Co. (cds) |
| 87/03/25 | 12 | AFFIDAVIT OF MICHAEL D. CRAIG -- w/cert. of service (cds) |
| 87/03/27 | 13 | AMENDED AFFIDAVIT OF RICHARD S. WAYNE (counsel for pltfs. in Hayes, Baylis and Stepak -- w/cert. of service (cds) |
| 87/04/20 | | HEARING ORDER -- Setting motion of plaintiffs to transfer A-1 thru A-11 -- Washington, D.C. on May 21, 1987 -- Notified involved judges, clerks and counsel. (tmq) |
| 87/05/21 | | HEARING APPEARANCES: (hearing of 5/21/87) WARREN D. MULLOY, ESQ. for Gilbert Schulman, Marion Grill, Steven Drooker, Sol Leventhal, and Frisa Leventhal; MAX GITTER, ESQ. for Revlo Group, Inc., et al.; GEORGE WAILAND, ESQ. for Drexel Burnham Lambert Inc.; JOHN M. NEWMAN, JR., ESQ. for The Gillette Co., et al. AND MORDECAI ROSENFELD, ESQ. for Sylvia Martin Mann (rh) |
| 87/05/21 | | WAIVERS OF ORAL ARGUMENT: (hearing of 5/21/87) James Hayes; Richard E. Baylis AND Morris Cottle, et al. (rh) |
| 87/06/04 | | CONSENT OF TRANSFEREE DISTRICT -- for assignment of actions to J. Tauro, D.Massachusetts (cds) |
| 87/06/04 | | TRANSFER ORDER -- transferring A-2 thru A-7 to the District of Massachusetts before the Honorable Joseph L. Tauro -- Notified involved judges, clerks, counsel and misc. recipients (cds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 730 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Gillette Co./Perelman Group Securities Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 5/21/87 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 6/4/87 | TO | Unpublished | D.Massachusetts *101* | Joseph L. Tauro | |

### Special Transferee Information

DATE CLOSED: 4/15/88

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 730 -- In re Gillette Co./Perelman Group Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Morris Cottle, et al. v. Gillette Corp., et al. | ~~N.Y.,S.~~ Mass. Woodlock | Civ. 8879 (JMW) | | | 4/15/88D | |
| A-2 | Sol Leventhal, et al. v. Ronald O. Perelman, et al. | N.Y.,S. Leisure | 86-Civ-9373 | 6/4/87 | | 4/15/88D | |
| A-3 | Steven Drooker v. Ronald O. Perelman, et al. | N.Y.,S. Leisure | 86-Civ-9601 | 6/4/87 | | 4/15/88D | |
| A-4 | Gilbert Schulman v. Ronald O. Perelman, et al. | N.Y.,S. Leisure | 86-Civ-9183 | 6/4/87 | | 4/15/88D | |
| A-5 | Sylvia Martin Mann, et al. v. Orange Acquisition Corp., et al. | N.Y.,S. Cedarbaum | 86-Civ-9124 | 6/4/87 | | 4/15/88D | |
| A-6 | Irving Kas, etc. v. Ronald O. Perelman, et al. | N.Y.,S. Cedarbaum | 86-9281 | 6/4/87 | | 4/15/88D | |
| A-7 | Marion Grill v. Ronald O. Perelman | N.Y.,S. Leisure | 86-Civ-9458 | 6/4/87 | | 4/15/88D | |
| A-8 | James Hayes, etc. v. Gillette Company, et al. | Mass. Tauro | 86-3453-T | | | 4/15/88D | |
| A-9 | Richard E. Baylis, etc. v. Gillette Company, et al. | Mass. Tauro | 86-3465-T | | | 4/15/88D | |
| A-10 | Barnett Stepak, etc. v. Revlon Group, Inc., et al. | Mass. Tauro | 86-3515-T | | | 4/15/88D | |
| A-11 | Frederic F. Brace, III, etc.al. v. Gillette Corp., et al. | Mass. Tauro | 86-~~379-W~~ 3479-T | | | 4/15/88D | |

July 1987 - 6 TR/5 x/2/11 Pending
July 1988 - 9 dis/2 Peg.
July 1989 - 2 Dis/ Litigation Closed

DOCKET NO. 730 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-12 | The Gillette Co., etc. v. Orange Partners I, et al. | ~~Pa.,E.~~ D.Mass. | ~~87-0674~~ 87-674-T | | | 4/15/88 | |
| XYZ-13 | Sam Grossman v. Ronald Perelman, et al. | D.Mass. | 87-2149-T | | | 4/15/88 | |

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 730 -- IN RE GILLETTE CO./PERELMAN GROUP SECURITIES LITIGATION

---

MORRIS COTTLE, ET AL. (A-1)

Michael D. Craig, Esq.
Law Offices of Frederic F. Brace, Jr.
332 S. Michigan Ave., Suite 1858
Chicago, IL  60604

SOL LEVENTHAL, ET AL. (A-2)

Glen DeValerio, Esq.
Berman, DeValerio & Pease
One Liberty Square
Boston, MA  02109

STEVEN DROOKER (A-3)
GILBERT SCHULMAN (A-4)
MARION GRILL (A-7)

Sherrie R. Savett, Esq.
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA  19103

SYLVIA MARTIN MANN, ET AL. (A-5)

Mordecai Rosenfeld, P.C.
233 Broadway - Suite 3112
New York, NY  10279

IRVING KAS, ETC. (A-6)

Samuel P. Sporn, Esq.
Schoengold & Sporn
217 Broadway
New York, NY  10007

JAMES HAYES, ETC. (A-8)
RICHARD E. BAYLIS, ETC. (A-9)

Richard S. Wayne, Esq.
Strauss & Troy
2100 Central Trust Center
201 East Fifth Street
Cincinnati, OH  45202-4186

BARNETT STEPAK, ETC. (A-10)

Thomas G. Shapiro, Esq.
Shapiro & Grace
79 Milk Street
Boston, MA  02109

DREXEL BURNHAM LAMBERT INC.

George Wailand, Esq.
Cahill Gordon & Reindel
80 Pine Street
New York, NY  10005

RITA RICARDO CAMPBELL
RAYMOND C. FOSTER
LAWRENCE E. FOURAKER
STEPHEN J. GRIFFIN
HERBERT H. JACOBI
CHARLES A. MEYER
COLMAN M. MOCKLER, JR.
RICHARD R. PIVIROTTO
JOSEPH J. SISCO
JOSEPH F. TURLEY
ALFRED ZEIEN

John M. Newman, Jr., Esq.
Jones, Day, Reavis & Pogue
1700 Huntington Building
Cleveland, OH  44115

REVLON GROUP INC.
MacANDREWS & FORBES GROUP, INC.
MacANDREWS & FORBES HOLDINGS, INC.
ORANGE ACQUISITION CORP.
ORANGE PARTNERS I
ORANGE FINANCE CORP.
ORANGE SUBSIDIARY FINANCE CORP.
WJF ACQUISITION CORP.
GRE ACQUISITION CORP.
RGI FINANCE CORP.
RONALD O. PERELMAN

Max Gitter, Esq.
Paul, Weiss, Rifkind, Wharton
  & Garrison
1285 Avenue of the Americas
New York, NY  10019

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 2

DOCKET NO. 730 -- In re Gillette Co./Perelman Group Securities Litigation

THE GILLETTE COMPANY
Harrison A. Fitch, Esq.
Fitch, Miller & Tourse
189 State Street
Boston, MA  02109

FREDERIC F. BRACE, III, ET AL. (A-11)
Richard H. Schiffrin, Esq.
Holstein, Mack & Dupree
30 North LaSalle Street
Chicago, IL  60602

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 730 -- In re Gillette Co./Perelman Group Securities Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| GILLETTE CORPORATION | A-1, A-2, A-3, A-4, A-7, A-8, A-9, A-10, A-11 |
| RITA RICARDO CAMPBELL | A-1, A-2, A-3, A-4, A-7, A-11 |
| RAYMOND C. FOSTER | A-2, A-3, A-4, A-7, A-8, A-9, A-10, A-11 |
| LAWRENCE E. FOURAKER | A-1, A-2, A-3, A-4, A-7, A-8, A-9, A-10, A-11 |
| STEPHEN J. GRIFFIN | A-1, A-2, A-3, A-4, A-7, A-8, A-9, A-10, A-11 |
| HERBERT H. JACOBI | A-1, A-2, A-3, A-4, A-7, A-8, A-9, A-10, A-11 |
| CHARLES A. MEYER | A-1, A-2, A-3, A-4, A-7, A-8, A-9, A-10, A-11 |
| COLMAN M. MOCKLER, JR. | A-1, A-2, A-3, A-4, A-7, A-8, A-9, A-10, A-11 |
| RICHARD R. PIVIROTTO | A-1, A-2, A-3, A-4, A-7, A-8, A-9, A-10, A-11 |
| JOSEPH J. SISCO | A-1, A-2, A-3, A-7, A-8, A-9, A-10, A-11 |
| JOSEPH F. TURLEY | |

p. 2

| | |
|---|---|
| ALFRED N. ZEIEN | |
| RONALD O. PERELMAN | |
| ORANGE ACQUISITION CORP. | |
| REVLON GROUP, INC. | |
| MACANDREWS & FORBES HOLDING INC. | |
| MACANDREWS & FORBES GROUP | |
| ORANGE PARTNERS I | |
| ORANGE FINANCE CORP. | |
| ORANGE SUBSIDIARY FINANCE CORPORATION | |
| WJF ACQUISITION CORP. | |
| GRE ACQUISITION CORP. | |

JPML FORM 3

p. 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 730 -- In re Gillette Co./Perelman Group Securities Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| RGI FINANCE CORP. | |
| DREXEL BURNHAM LAMBERT INCORPORATED | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

JPML FORM 3

p. 3